IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SYNERGIES CORPORATION, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § | 1:19-CV-110-RP |
| MORRISON FOERSTER, LLP, | § § § | |
| Defendant. | § § | |

## **FINAL JUDGMENT**

On February 28, 2019, Plaintiffs Synergies Corporation, Nirav Modi, Inc., Firestar Diamond International, Inc., AVD Trading, Inc., and Firestar Group, Inc. (together, "Plaintiffs") dismissed all claims in this case without prejudice by stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Dkt. 9). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant Morrison Foerster, LLP ("Defendant") has not served an answer or a motion for summary judgment. Plaintiffs' notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on March 1, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE